UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
FILED
SEP 2 2 2022
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 7:22-CR-018-REW

UNITED STATES OF AMERICA      PLAINTIFF

V.      **NOTICE BY UNITED STATES REGARDING RELATED PROSECUTIONS**

ARISTOTLE L. WHITE      DEFENDANT

\* \* \* \* \*

This criminal action is related to *United States v. Davon Blackford, et al.*, Pikeville Criminal Action No. 7:22-CR-02-REW, which is assigned to Judge Robert Wier.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By: /s/ Andrew H. Trimble

Andrew H. Trimble
Assistant United States Attorney
601 Meyers Baker Rd. Suite 200
London, KY 40741
(606) 864-5523
andrew.trimble@usdoj.gov